# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2530
_____

KENNETH LEE MARTIN JR,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Santa Rosa County.
Clifton A. Drake, Judge.


December 27, 2024

PER CURIAM.

    DISMISSED as untimely.

ROWE, RAY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Kenneth Lee Martin Jr, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.